PUBLIC SERVICE COORDINATED TRANSPORT, PETI-
TIONER-RESPONDENT, v. SUPER SERVICE BUS CO.,
RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 82 *N. J. Super.* 371.

*Messrs. Pincus, Shamy & Sheehan* for the petitioner.

*Mr. Richard Fryling* and *Mr. Thomas J. McCluskey* for the
respondent.

April 13, 1964. Denied.

WILLIAM REITER, PLAINTIFF-RESPONDENT, v. MAX MARX
COLOR & CHEMICAL CO., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 82 *N. J. Super.* 334.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H.
Curtis Meanor* for the petitioner.

*Mr. Francis Sorin* for the respondent.

April 13, 1964. Granted.